UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:  THE HONORABLE TIMOTHY C. STANCEU, CHIEF JUDGE
THE HONORABLE JENNIFER CHOE-GROVES, JUDGE
THE HONORABLE M. MILLER BAKER, JUDGE

| | |
|---|---|
| FARRIER PRODUCT DISTRIBUTION, INC., | : |
| Plaintiff, | : |
| v. | : |
| THE UNITED STATES; DONALD J. TRUMP, in his official capacity as PRESIDENT OF THE UNITED STATES; UNITED STATES CUSTOMS AND BORDER PROTECTION; MARK A. MORGAN in his official capacity as ACTING COMMISSIONER OF U.S. CUSTOMS AND BORDER PROTECTION; UNITED STATES DEPARTMENT OF COMMERCE; and WILBUR J. ROSS, Jr., in his official capacity as SECRETARY OF COMMERCE, | : Court No. 20-00098 |
| Defendants. | : |

## MOTION TO VOLUNTARILY DISMISS

Farrier Product Distribution, Inc. ("FPD"), by and through its attorneys, Barnes, Richardson & Colburn, LLP and pursuant to Rules 7(b) and 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby moves the honorable Court to voluntarily dismiss the above-referenced matter.

As discussed in the Consent Letter Notice Regarding Potential Path Forward and Voluntary Dismissal, filed September 9, 2022 (docket #37), the parties sought to resolve the legal controversy that gave rise to this matter. The parties have been successful in that effort,

1

with Customs having refunded the amounts at issue. Consequently, this matter has been rendered moot and should be dismissed.

Plaintiff also notes that the injunction issued against liquidation in this matter, at docket #28 is now moot, since the underlying controversy has been resolved and may be dissolved.

        Respectfully submitted,

        **BARNES, RICHARDSON & COLBURN, LLP**
        Counsel for Plaintiff

    By:    s/ David G. Forgue
            David G. Forgue
            303 East Wacker Drive
            Suite 305
            Chicago, Illinois 60601
            (312) 297-9555
            dforgue@barnesrichardson.com

Dated:  May 10, 2023