# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **FARRIER PRODUCT DISTRIBUTION, INC.,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>**UNITED STATES, et al.,**<br><br>　　　　　　　　　　Defendants. | **Before: Jennifer Choe-Groves, Judge**<br>　　　　　**M. Miller Baker, Judge**<br>　　　　　**Timothy C. Stanceu, Judge**<br><br>**Court No. 20-00098-3JP** |

## ORDER

Upon consideration of plaintiff's unopposed Motion to Voluntarily Dismiss (May 10, 2023), ECF No. 38, and all other papers and proceedings had herein, it is hereby

**ORDERED** that the stay ordered in this action, Order (July 22, 2020), ECF No. 32, is hereby lifted; it is further

**ORDERED** that the injunction prohibiting liquidation of entries, Order (June 29, 2020), ECF Nos. 28 (Conf.), 29 (Public), is hereby dissolved; and it is further

**ORDERED** that this action is hereby dismissed pursuant to USCIT Rule 41(a)(2).

　　　　　　　　　　　　　　　　　　　　　/s/ Jennifer Choe-Groves
　　　　　　　　　　　　　　　　　　　Jennifer Choe-Groves, Judge

　　　　　　　　　　　　　　　　　　　　　/s/ M. Miller Baker
　　　　　　　　　　　　　　　　　　　M. Miller Baker, Judge

　　　　　　　　　　　　　　　　　　　　　/s/ Timothy C. Stanceu
　　　　　　　　　　　　　　　　　　　Timothy C. Stanceu, Judge

Dated: May 16, 2023
　　　New York, New York